Disposition of Petitions for Discretionary Review Under G.S. 7A-31

17 March 2016

| 012P16 | State v. Don Christopher Hawes | 1. Def's *Pro Se* Motion for Petition for *Writ of Error Coram Nobis* and Post Conviction Relief | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 014P16 | State v. Robert Wayne Johnson | 1. Def's *Pro Se* Motion for Re-Sentencing Hearing | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 015P16 | State v. Jose Luis Dominguez | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-933) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| | | 3. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Subpoena *Duces Tecum* | 4. Dismissed as moot |
| | | | **Jackson, J., recused** |
| 017P16 | State v. Fernando Hurtado | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-211) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. — |
| | | 3. State's Motion to Dismiss Appeal | 3. Dismissed as moot |
| | | 4. Def's Motion to Withdraw Notice of Appeal and PDR | 4. Allowed |
| 018P16 | State v. D'Marcus Delton Ballard | Def's PDR Under N.C.G.S. § 7A-31 (COA15-335) | Denied |
| 020P16 | Ricardo L. Bailey v. Ford Motor Company; Ford Motor Credit Company, LLC; and Kathleen Burns, Individually | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-9) | Denied |
| 021P16 | State v. Lee Edward Hutchens | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-275) | 1. Denied |
| | | 2. State's Motion to Dismiss Appeal | 2. Dismissed as moot |
| 022P16 | State v. Jeremy Lynn Benfield | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA00-1236) | Denied |
| | | | **Hudson, J., recused** |